# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156869(43)

LINDA BASS,

        Plaintiff-Appellee,

v

KEVIN J. PETERS and SERAFINI
MICHALOWSKI DERKACZ & ASSOCIATES,
PC,

        Defendants-Appellants.

_____/

SC: 156869
COA: 332217
Oakland CC: 2015-150655-NM

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 1, 2018.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2017



Clerk